THE PEOPLE ex rel. ISRAEL P. GRANT et al., Appellants, *v.* SAMUEL WARNER, Respondent.

(Submitted January 26, 1891; decided February 24, 189

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made January 1, 1889, which reversed an order of the surrogate and acting county judge of Steuben county, adjudging defendant guilty of contempt in refusing to testify as a witness before a referee in supplemental proceedings.

*James A. Douglas* for appellants.

*Francis A. Williams* for respondent.

Agree to affirm on opinion of BARKER, J., below.
All concur.
Order affirmed.